IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | 1:08-MJ-211-1 (MDNC) |
| | ) | 08-6393-SNOW (SDFL) |
| ANTONY TAQUEY | ) | |

## ORDER

**IT APPEARING** from the records of this Court that Karen A. Taquey, 145 Boxwood Circle, Bermuda Run, NC 27006-9587 heretofore deposited in the Registry Fund of this Court the sum of $20,000.00 to secure the appearance of Antony Taquey.

**IT FURTHER APPEARING** that this matter has been transferred to the Southern District of Florida, and that the appearance bond shall be transferred to the same Court.

**NOW THEREFORE, IT IS ORDERED** that the said sum of $20,000.00 be transferred to the Clerk of Court, Southern District of Florida, Wilkie D. Ferguson, Jr. United States Courthouse, Attn: Finance, 400 N. Miami Ave., Room 8NO9 , Miami, FL 33128.

This the 5th day of December, 2008.

_____
United States Magistrate Judge

Consented to By:

_____ AUSA
United States Attorney

Date:_____

On Deposit:       November 25, 2008
$20,000.00        L.P. 1074

_____
Financial Administrator